# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Norman E. Gregory,                                  :
                              Petitioner           :
                                                   :
              v.                                   :     No. 245 M.D. 2015
                                                   :
Pennsylvania State Police,                         :
                              Respondent           :


**PER CURIAM**                    **O R D E R**


    **NOW**, May 1, 2017, it is ordered that the above-captioned Memorandum Opinion, filed March 21, 2017, shall be designated OPINION and shall be REPORTED.